IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

STEVEN E. TILLMAN AND
CATHERINE J. TILLMAN,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellants,

CASE NO. 1D15-5030

v.

SUNTRUST MORTGAGE, INC.,

Appellee.

_____/

Opinion filed February 1, 2017.

An appeal from the Circuit Court for Alachua County.
Toby S. Monaco, Judge.

Steven E. and Catherine J. Tillman, pro se, Appellants.

Melissa A. Giasi of Kass Shuler, P.A., Tampa, for Appellee.

PER CURIAM.

        AFFIRMED.

OSTERHAUS, JAY, and WINSOR, JJ., CONCUR.